UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | NO. EDCV 23-0692-SVW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Plaintiff's replevin motions (Dkt. Nos. 1, 15) are denied.

　　　　IT IS FURTHER ORDERED that this action is dismissed with prejudice because the defects cannot be cured by amendment and requests for issuance of summons are denied.

DATED: March 29, 2024

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge