JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG THOMAS, | NO. EDCV 23-0692-SVW (AGR) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, et al, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed with prejudice because the defects cannot be cured by amendment.

DATED: March 29, 2024

STEPHEN V. WILSON
United States District Judge